Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 15−32754−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jane Carol Collaso
   aka Jane Carol Collaso−Zaremba, dba New
   Horizons Psychotherapy of North Jersey,
   P.C., dba New Horizons Psychotherapy of
   North Jersey, LLC, dba Jane C. Collaso,
   LLC
   215 Holcombe Way
   Lambertville, NJ 08530

Social Security No.:
   xxx−xx−6803

Employer's Tax I.D. No.:
   59−3761646

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: April 9, 2019                    Michael B. Kaplan
                                        Judge, United States Bankruptcy Court